PER CURIAM.
 

 The petition seeking a belated appeal of the judgment and sentence rendered on July 22, 2009, in Suwannee County Circuit Court case number 08-430-CF, is granted. Upon issuance of mandate in this cause, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal in accordance with Florida Rule of Appellate Procedure 9.141(c)(5)(D). If petitioner qualifies for the appointment of counsel at public ex
 
 *572
 
 pense, the lower tribunal shall appoint counsel to represent petitioner on appeal.
 

 KAHN, PADOVANO, and CLARK, JJ., concur.